JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| V-STAR SEAFOOD, INC., a California corporation,<br><br>                              Plaintiff,<br><br>vs<br><br>MAZZETTA COMPANY, LLC an Illinois Limited Liability Company; and DOES 1-20, inclusive,<br><br>                              Defendants. | CASE NO. 8:21-cv-01141-SPG (KESx)<br><br>ORDER OF DISMISSAL<br><br>Complaint Filed:   6/30/21 |

Following the Stipulation for Dismissal pursuant to Settlement Agreement:

**IT IS ORDERED THAT** V-Star's action is dismissed in its entirety, with prejudice.

Dated: August 4, 2022          By: _____

                                           HON. SHERILYN PEACE GARNETT